J. Lawrence McCormley (SBN 005005)
Lance R. Broberg (SBN 024103)

**TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
EMAIL: jlm@tblaw.com / lrb@tblaw.com

*Attorneys for Defendants*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

HUGO E. RIBADENEIRA,

　　　　　　Debtor(s).

RIBADAB PROPERTIES et al.

　　　　　　Plaintiff(s),

vs.

PAUL MIANULLI, et al.

　　　　　　Defendants.

Case No. 2:04-bk-08910

Adv. Case No. 2:06-ap-0979

**DECLARATION OF PAUL MIANULLI**

I, Paul Mianulli, hereby declare and state as follows:

1. I make this declaration of my own personal knowledge.

2. I am the president of Benchmark Funding, Inc. ("Benchmark"), am above 18 years of age, and make this declaration voluntarily and in my capacity as president of Benchmark.

458656

DECLARATION OF PAUL MIANULLI

1

1   3.   On or about October 12, 1999, Benchmark loaned Ribidab Properties
2   Corporation ("Ribidab") the principal amount of $50,000 (the "Loan"). The Loan was
3   memorialized in a Promissory Note dated October 12, 1999 (the "Note"). A true and
4   accurate copy of the Note is attached as **Exhibit A**.
5   4.   Contemporaneous with, and as an inducement for, Loan, Debtor executed a
6   written guarantee (the "Guarantee") wherein Debtor "unconditionally and irrevocably
7   guarantee[d] payment when due of any and all amounts owing under the Note." A true
8   and accurate copy of the Guarantee is attached as **Exhibit B**.
9   5.   The Note and Guarantee were produced, drafted and otherwise prepared by
10  Debtor and Ribidab.
11  6.   I did not participate in the drafting of the Note and Guarantee.
12       I declare under penalty of perjury that the foregoing is true and correct, and that
13  this Affidavit was executed on February 3, 2011, in Baltimore, Maryland.

*/s/ Paul Mianulli*
Paul Mianulli

458656                                                                                      2
DECLARATION OF PAUL MIANULLI