# PROMISSORY NOTE
## October 12, 1999

Scottsdale, Arizona                                                                                     U.S.$50,000.00

Amount; Interest Rate

> FOR VALUE RECEIVED, the undersigned, RIBADAB PROPERTIES CORPORATION, a corporation organized and existing under the laws of Arizona, with offices at 4110 North Scottsdale Road, Suite 150, Scottsdale, Arizona 85251 and EXCELSIOR DEVELOPMENT CORPORATION, a corporation organized and existing under the laws of Arizona, with offices at 7900 E. Greenway Rd., Suite 103B, Scottsdale, Arizona 85260, jointly and severally promise to pay to the order of BENCHMARK FUNDING, INC., a corporation organized and existing under the laws of Nevada, with corporate offices at 4110 North Scottsdale Road, Suite 150, Scottsdale, Arizona 85251, the principal sum of fifty thousand dollars and no/100 United States dollars (U.S.$50,000.00), and interest on the outstanding principal balance from the date hereof at the rate of 12% per annum.

Payment Schedule

> The principal amount and accrued interest of this note shall be payable one year (1) from the date of this note.

Default

> If any of the following events shall occur, the outstanding principal balance of this note together with accrued interest thereon shall, on demand by the holder of this note, be due and payable: any amount owing under this note is not paid when due; a default under any other provision of this note or under any guarantee or other agreement providing security for the payment of this note; a breach of any representation or warranty under this note or under any such guarantee or other agreement; the liquidation, dissolution, death or incompetency of the undersigned or any individual, corporation, partnership or other entity guaranteeing or providing security for the payment of this note; the sale of a material portion of the business and assets of the undersigned or any corporation, partnership or other entity guaranteeing or providing security for the payment of this note; the filing of a petition under any bankruptcy, insolvency or similar law by the undersigned or by any individual, corporation, partnership or other entity guaranteeing or providing security for the payment of this note; the making of any assignment for the benefit of creditors by the undersigned or by any individual, corporation, partnership or other entity guaranteeing or providing security for the payment of this note; the filing of a petition under any bankruptcy, insolvency or similar law against the undersigned or against any individual, corporation, partnership or other entity guaranteeing or providing security for the payment of this note and such petition not being dismissed within a period of thirty (30) days of the filing.

1.

### Default Interest

The outstanding balance of any amount owing under this note which is not paid when due shall bear interest at the rate of fifteen percent (15%) *per annum* until the entire principal amount is paid.

### Usury Clause

Notwithstanding any other provision of this note, interest under this note shall not exceed the maximum rate permitted by law; and if any amount is paid under this note as interest in excess of such maximum rate, then the amount so paid will not constitute interest but will constitute a prepayment on account of the principal amount of this note. If at any time the interest rate under this note would, but for the provision of the preceding sentence, exceed the maximum rate permitted by law, then the outstanding principal balance of this note shall, on demand by the holder of this note, become and be due and payable.

### Where to Make Payments

All payments of principal and interest shall be made in lawful currency of the United States of America in immediately available funds before 5:00 p.m. Pacific Standard time on the due date thereof at BankOne, Arizona, Scottsdale Main Branch for the account of BENCHMARK FUNDING, INC. or in such other manner or at such other place as the holder of this note designates in writing.

### Expenses

The undersigned jointly and severally agree to pay on demand (I) all expenses (including, without limitation, legal fees and disbursements) incurred in connection with the negotiation and preparation of this note and any documents in connection with this note, and (ii) all expenses of collecting and enforcing this note and any guarantee or collateral securing this note, including, without limitation, expenses and fees of legal counsel, court costs and the cost of appellate proceedings.

### Financing Statements; Perfection of Interest

Each of the undersigned agrees to execute such additional documents as Benchmark Funding, Inc. deems necessary to perfect its interests under this Note including but limited to financing statements under the Uniform Commercial Code of any state.

### Governing Law; Agent for Service of Process

This note and the obligations of the undersigned shall be governed by and construed in accordance with the law of the State of Arizona. For purposes of any proceeding involving this note or any of the obligations of the undersigned, the undersigned hereby submit to the

non-exclusive jurisdiction of the courts of the State of Arizona and of the United States having jurisdiction in the County of Maricopa State of Arizona, and agree not to raise and waive any objection to or defense based upon the venue of any such court or based upon *forum non conveniens*. The undersigned agree not to bring any action or other proceeding with respect to this note or with respect to any of its obligations in any other court unless such courts of the State of Arizona and of the United States determine that they do not have jurisdiction in the matter. For purposes of any proceeding involving this note or any of the obligations of the undersigned, the undersigned hereby irrevocably appoint Edward J. Ribadeneira, Esq., with offices at 4110 North Scottsdale Road, Suite 165, Scottsdale, Arizona 85251, their agent to receive service of process for them and on their behalf.

The undersigned will at all times maintain an agent to receive service of process in Arizona on its behalf with respect to this note, and in the event that, for any reason, the agent named above or any successor agent shall no longer serve as agent of the undersigned to receive service of process in Arizona, the undersigned shall promptly appoint a successor and advise the holder of this note thereof.

### Waiver of Presentment, Etc.

The undersigned waive presentment for payment, demand, protest and notice of protest and of non-payment.

### Delay; Waiver

The failure or delay by the holder of this note in exercising any of its rights hereunder in any instance shall not constitute a waiver thereof in that or any other instance. The holder of this note may not waive any of its rights except by an instrument in writing signed by the holder.

### Prepayment

The undersigned may prepay all or any portion of the principal of this note at any time without penalty or premium.

### Amendment

This note may not be amended without the written approval of the holder.

### Agreement Authorized

The Undersigned warrant that this agreement has been authorized by its respective Board of Directors and its Shareholders or is otherwise within the scope of authority of the officer executing this agreement.

3

IN WITNESS WHEREOF, the undersigned have signed this Promissory Note as of the date first above written.

RIBADAB PROPERTIES                    EXCELSIOR DEVELOPMENT
CORPORATION                            CORPORATION

By: _____            By: _____
Name: Rae Ribadeneira                  Name: Thomas Brown
Title: President                       Title: President

## ACKNOWLEDGMENTS

State of Arizona    )
                    )ss.
County of Maricopa  )

On _____ before me, the undersigned notary public, personally appeared RAE RIBADENEIRA, President of Ribadab Properties Corporation [ ] personally known to me-OR- [ ] proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within Promissory Note to Benchmark Funding, Inc. and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal

_____
Signature of Notary

State of Arizona    )
                    )ss.
County of Maricopa  )

On _____, before me, the undersigned notary public, personally appeared THOMAS BROWN, President of Excelsior Development Corporation [ ] personally known to me-OR- [ ] proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within Promissory Note to Benchmark Funding, Inc. and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal

_____
Signature of Notary

4