**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Robert A. MacKenzie, Chapter 11 Trustee

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 11 Case) |
| HUGO E. RIBADENEIRA, | No. 2-04-bk-08910-GBN |
| Debtor. | **CHAPTER 11 TRUSTEE'S MOTION TO SET HEARING ON CONFIRMATION OF PLAN** |

Robert A. MacKenzie, Chapter 11 Trustee, by and through his attorneys undersigned, for his Motion to Set Hearing on Confirmation of Plan, represents as follows:

1. This case is over seven years old. The voluntary petition under Chapter 13 was filed on May 20, 2004. The case converted to Chapter 11 on March 18, 2005.

2. The Court appointed the Chapter 11 Trustee on April 5, 2007.

3. The Chapter 11 Plan has been pending in this case since prior to Trustee's appointment. The initial Plan of Reorganization was filed on November 3, 2005 (DE 249). An Amended Disclosure Statement was filed on April 28, 2006, (DE 248). On June 21, 2006 (DE 310) an Order was entered approving the Disclosure Statement and setting a hearing on confirmation for July 24, 2006. Ballots were solicited and objections to confirmation were received. An initial confirmation hearing was held on July 24, 2006.

4. Since that time, the Debtor has been involved in litigating various claims. All claims litigation has been resolved. The Court has ruled against the Debtor and in favor of the Mianulli claimants,

awarding a claim in the amount of $172,211.40. There is no reason to continue confirmation on the status calendar, as has occurred since 2006. Debtor should be put to the test of confirming the Plan on file, as amended.

5. Debtor's Plan calls for 100% payment of his obligations. Previously, the parties were engaged in controversy over the feasibility of Debtor's 100% Plan. Trustee suggests that the same issue of feasibility remains, even though its prior proponent, Desert Highlands Association, has removed itself from participation in the case.

6. As indicated, the Court has previously set an evidentiary hearing on feasibility of Debtor's 100% repayment Plan.

7. Trustee prays that this matter be placed back on track and that the Court establish a briefing/hearing schedule regarding the feasibility of Debtor's pending Chapter 11 Plan of Reorganization.

RESPECTFULLY SUBMITTED this   30th   day of August, 2011.

**LANE & NACH, P.C.**


By   /s/ MPL 007435
Michael P. Lane
Attorneys for Trustee

COPY of the foregoing mailed/via electronic notification as follows:

Allan D. NewDelman
80 E. Columbus Ave.
Phoenix, AZ 85012
Attorney for Debtor
Email: anewdelman@qwestoffice.net

Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
Email: USTPRegion14.PX.ECF@USDOJ.GOV


By/s/ S. Rochin

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

2

Case 2:04-bk-08910-GBN    Doc 687    Filed 08/30/11    Entered 08/30/11 14:10:23    Desc
Main Document    Page 2 of 2