**ROBERT A. MACKENZIE**
2025 North Third Street
Suite 157
Phoenix, Arizona 85004
Telephone: (602) 229-8575
Facsimile: (602) 229-8579
Email: ram@ramlawltd.com

Chapter 11 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HUGO E. RIBADENEIRA,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-04-bk-08910 GBN<br><br>**REPORT OF TRUSTEE IN DISMISSED CASE** |

Robert A. MacKenzie, Trustee for the estate of the above named Debtor, reports that during the pendency of the Chapter 11 case he received a total of $35,693.09. Pursuant to the Court's Order Dismissing Chapter11 Case and Discharging Trustee of March 7, 2012, those funds collected were disbursed consistent with that Order and prior Orders of the Court. All funds collected have been disbursed. The case has been dismissed.

The Trustee asks that this Report be approved and that he be discharged from his trust.

DATED this 19th day of April, 2012.

By /s/ Robert A. MacKenzie
Robert A. MacKenzie
2025 North Third Street
Suite 157
Phoenix, Arizona 85004
Chapter 7 Trustee